# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT SKACH,

                Plaintiff,

  v.

AIG PROPERTY CASUALTY COMPANY, et al.,

                Defendants.

3:23-cv-00344-LRH-CSD

**ORDER**

There shall be no default entered prior to the court's status conference scheduled on **Friday, July 28, 2023, at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED: July 26, 2023.

_____

UNITED STATES MAGISTRATE JUDGE

1