\_\_\_\_ FILED  \_\_\_\_ RECEIVED
\_\_\_\_ ENTERED  \_\_\_\_ SERVED ON
COUNSEL/PARTIES OF RECORD

JULY 28, 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT SKACH, | CASE NO.: 3:23-cv-344-LRH-CSD |
| Plaintiff, | |
| v. | |
| AIG PROPERTY CASUALTY COMPANY, AIG CLAIMS INC., MICHAEL A. PINTAR, LP INSURANCE SERVICES, LLC, DOES 1-10, and ROE ENTITIES 1 – 10, inclusive, | |
| Defendants. | |

**ORDER TO POST SECURITY BOND**

Pursuant to NRS 18.130 Plaintiff, ROBERT SKACH, is hereby ordered to post a security bond as an out-of-state party in the amount of $500.00.

DATED: July __28__, 2023

_____
CRAIG S. DENNEY
U.S. MAGISTRATE JUDGE

1