# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT SKACH,<br><br>                    Plaintiff,<br><br>     v.<br><br>AIG PROPERTY CASUALTY COMPANY, et al.,<br><br>                    Defendants. | 3:23-cv-00344-LRH-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, November 10, 2023.**

**IT IS SO ORDERED.**

DATED:  October 17, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1