**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT SKACH,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AIG PROPERTY CASUALTY COMPANY, et al.,<br><br>　　　　　　　　　Defendants. | 3:23-cv-00344-LRH-CSD<br><br>**ORDER** |

On October 17, 2023, the court directed counsel to file their Stipulated Discovery Plan and Scheduling Order on or before **Friday, November 10, 2023.** (ECF No. 53.) Counsel have failed to comply.

Counsel shall file their Stipulated Discovery Plan and Scheduling Order **by no later than close of business on Wednesday, December 6, 2023.** If the Stipulated Discovery Plan and Scheduling Order is not filed by that date, the court will issue an order to show cause why the parties should not be held in contempt for failure to comply with the court's order (ECF No. 53).

**IT IS SO ORDERED.**

DATED: November 17, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1