LEWIS BRISBOIS BISGAARD & SMITH LLP
MARC S. CWIK
Nevada Bar No. 006946
Marc.Cwik@lewisbrisbois.com
SARAH M. MOLLECK
Nevada Bar No. 13830
Sarah.Molleck@lewisbrisbois.com
PHILIP J. TACASON
Nevada Bar No. 15655
Philip.Tacason@lewisbrisbois.com
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: 775.399.6383
Facsimile: 775.827.9256

Attorneys for LP Insurance Services, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT SKACH, <br><br> Plaintiff, <br><br> vs. <br><br> AIG PROPERTY CASUALTY COMPANY, AIG CLAIMS INC., MICHAEL A. PINTAR, LP INSURANCE SERVICES, LLC, DOES 1-10, AND ROE Entities 1-10, <br><br> Defendants. | Case No. 3:23-cv-00344-LRH-CSD <br><br> **SUBSTITUTION OF ATTORNEY** |

///

///

134429950.1

Case No. 3.23-CV-00344-LRH-CSD

1  Pursuant to LR IA 11-6, Defendant, LP INSURANCE SERVICES, LLC, hereby has
2  retained and substitutes attorneys MARC S. CWIK, ESQ. (Nevada Bar No. 6946), SARAH M.
3  MOLLECK, ESQ. (Nevada Bar No. 13830), and PHILIP J. TACASON, ESQ. (Nevada Bar No.
4  15655) of LEWIS BRISBOIS BISGAARD & SMITH, LLP, as attorney of record in place and stead
5  of STEVEN T. JAFFE, ESQ., of the law firm of HALL JAFFE, LLP.

7  DATED: 1-17 2024                    LP INSURANCE SERVICES, LLC

   Printed Name: ~~Maddie Miller~~ Trinity Steelman
   Title: COO

12  I consent to the above substitution.
13  DATED: 1-17-2024                    HALL JAFFE

                                        _____
                                        STEVEN T. JAFFE

17  I am duly admitted to practice in this District, and the above substitution is accepted.

19                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        _____
21                                      MARC S. CWIK

                                        _____
23                                      SARAH M. MOLLECK

                                        _____
                                        PHILIP J. TACASON



## ORDER

The substitution of LEWIS BRISBOIS BISGAARD & SMITH LLP in place and stead of HALL JAFFE is approved.

DATED: January 19, 2024.

_____
UNITED STATES MAGISTRATE JUDGE