UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT SKACH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AIG PROPERTY CASUALTY COMPANY,<br>AIG CLAIMS, INC., MICHAEL A. PINTAR,<br>LP INSURANCE SERVICES, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:23-cv-00344-LRH-CSD<br><br>ORDER TO DISBURSE |

　　　　On July 17, 2023, Defendants AIG Property Casualty Co., AIG Claims, Inc., and Michael A. Pintar filed a motion for demand for security of costs. ECF No. 8. Plaintiff Robert Skach filed a response (ECF No. 9) on July 17, 2023, and a notice of withdrawal of that response on July 19, 2023 (ECF No. 12). After an in-person status conference on July 28, 2023, Magistrate Judge Denney issued an order to post security bond. (ECF No. 20). That same day Plaintiff filed a certificate of cash deposit in the amount of $500. ECF No. 22.

　　　　Pursuant to the Court's Order of February 22, 2024 remanding this action (ECF No. 64) and good cause appearing, IT IS ORDERED that the $500 cash certificate bond shall be released to Plaintiff Robert Skach.

　　　　IT IS FURTHER ORDERED that the Clerk of the Court is directed to disburse and mail the full bond amount and any interest to Plaintiff's counsel, Coulter Harsh Law, at the following address:

Coulter Harsh Law
403 Hill Street
Reno, NV 89501

IT IS SO ORDERED.

DATED this 28th day of February, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE